

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.3rdcoa.courts.state.tx.us
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

April 17, 2015

Chief Justice Nathan Hecht
Supreme Court of Texas
201 W. 14th Street, Room 104
Austin, Texas 78701

RE:     Seventh Court of Appeals Number:     07-15-00146-CV
        Third Court of Appeals Number:        03-15-00145-CV
        Trial Court Case Number:              D-1-GN-13-002356

Style:   Mark Walters v. Brad Livingston, in his Official Capacity as Executive Director, Texas
         Department of Criminal Justice

Dear Chief Justice Hecht:

Appellant has tendered a "Motion to Transfer" in the above cause. Having reviewed the motion and subsequent response by the Seventh Court of Appeals, the Third Court concurs with the Seventh Court and recommends the motion be denied.

Very truly yours,

Jeff L. Rose, Chief Justice

cc:   Chief Justice Brian Quinn
      Ms. Vivian Long
      Mr. Mark Walters
      Mr. Craig Jacobs